| | |
|---|---|
| 1 | LES ZIEVE, ESQ.  #123319 |
|   | MATTHEW D. TOKARZ, ESQ, #225024 |
| 2 | LAW OFFICES OF LES ZIEVE |
|   | 18377 Beach Boulevard, Suite 210 |
| 3 | Huntington Beach, CA 92648 |
|   | Phone:      (714) 848-7920 |
| 4 | Facsimile:  (714) 848-7650 |
|   | Email:      lzieve@zievelaw.com |
| 5 | |
|   | Attorneys for Secured Creditor, |
| 6 | OCWEN LOAN SERVICING, LLC |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 10-48816 |
| Victor Eugene Smith and Ina Lynne Davis Smith , | Chapter 13 |
| Debtors. | **No Hearing Date** |

### STIPULATION ON OBJECTION AND FOR RELIEF FROM AUTOMATIC STAY

IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, OCWEN LOAN SERVICING, LLC, through its counsel, MATTHEW D. TOKARZ, Esq., of the Law Offices of Les Zieve, attorneys of record for Secured Creditor, and Debtors, VICTOR EUGENE SMITH and INA LYNNE DAVIS SMITH, through their counsel, CORRINE BIELEJESKI, as follows:

IT IS HEREBY STIPULATED that the Automatic Stay in the above-entitled Bankruptcy case is immediately terminated and extinguished for all purposes as to Secured Creditor, OCWEN LOAN SERVICING, LLC, its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale on the subject

property, generally described as **4217 15th Avenue, Sacramento, CA 95820** ("Property" herein) and legally described as follows:

> ALL THAT CERTAIN REAL PROPERTY IN THE UNINCORPORATED AREAR, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:
>
> THE EAST 59 FEET OF LOT 146 (MEASURED AT RIGHT ANGLES TO THE EAST LINE OF SAID LOT) OF CENTRAL NICHOLS PARK, ACCORDING TO THE PLAT THEREOF, RECORDED OCTOBER, 6, 1924, IN BOOK 18 OF MAPS, MAP NO. 14, RECORDS OF SAID COUNTY.

pursuant to applicable state law, and commence any action necessary to obtain complete possession of the subject Property.

IT IS FURTHER STIPULATED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

IT IS FURTHER STIPULATED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

IT IS FURTHER STIPULATED upon execution of this stipulation terminating the automatic stay, Secured Creditor's objection shall be deemed withdrawn.

IT IS SO STIPULATED:

LAW OFFICES OF LES ZIEVE

DATED: 11/5/10

Matthew D. Tokarz, Esq.
Attorneys for Secured Creditor,
OCWEN LOAN SERVICING, LLC

LAW OFFICES OF PATRICK L. FORTE

DATED: 11/5/2010

Corrine Bielejeski, Esq.
Attorney for Debtors