Entered on Docket
February 28, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed February 28, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

1  EDDIE R. JIMENEZ (CA SBN 231239)
   ALEXIS M. BORNHOFT (CA SBN 270200)
2  GABRIEL OZEL (CA SBN 269098)
   PITE DUNCAN LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

6

7
   Attorneys for WELLS FARGO BANK, NA
8

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| In re | Case No. 10-48816-LJT |
|---|---|
| VICTOR EUGENE SMITH AND INA LYNNE DAVIS SMITH, | Chapter 13 |
| | R.S. No. AMB-230 |
| | INTERIM ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY |
| | DATE: February 2, 2011<br>TIME: 1:30 PM<br>CTRM: 201 |
| | Northern District of California –<br>Oakland Division Court<br>1300 Clay Street, Suite 300 |
| Debtor(s). | Oakland, CA 94604-1426 |

The above-captioned matter came on for hearing on February 2, 2011, at 1:30 PM, in courtroom 201 of the Oakland Bankruptcy Court, upon the Motion of Wells Fargo Bank, NA ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Victor Eugene Smith and Ina Lynne Davis Smith ("Debtors") commonly known as 1022 View Drive, Richmond, California 94803 (the "Real Property"), which is legally described as follows:

SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED
AS EXHIBIT B TO MOTION FOR RELIEF FROM STAY,
DOCKET ENTRY NUMBER 32.

- 1 -

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. The Motion for Relief From Automatic Stay is continued to February 23, 2011 at 1:30 PM.

2. Debtors shall tender one payment in the amount of $2,347.16 by February 15, 2011. Payments are to be remitted to:

> Wells Fargo Home Mortgage, Inc.
> 1 Home Campus
> MAC# x2302-04c
> Des Moines, IA 50328

3. In the event the Debtors fails to make a monthly payment as described in paragraph two (2), Movant shall provide written notice to Debtors Victor Eugene Smith and Ina Lynne Davis Smith, at 1022 View Drive, Richmond, California 94803, and to Debtors' attorney of record, Corrine Bielejeski, at 1 Kaiser Plaza #480, Oakland, CA 94612, indicating the nature of the default. If Debtors fail to cure the default with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, then Movant may file an Ex Parte Declaration of Non-Cure and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

/././
/././
/././
/././
/././
/././

4. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

APPROVED AS TO FORM:

DATED: February 22, 2011 /s/ Corrine Bielejeski
ATTORNEYS FOR DEBTORS
CORRINE BIELEJESKI

** END OF ORDER **

# COURT SERVICE LIST

**ATTORNEY FOR MOVANT**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**DEBTOR(S)**

Victor Eugene Smith
1022 View Drive
Richmond, CA 94803

Ina Lynne Davis Smith
1022 View Drive
Richmond, CA 94803

**DEBTOR(S) ATTORNEY**

Corrine Bielejeski
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

**CHAPTER 13 TRUSTEE**

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

**OTHER LIENHOLDER(S)**

Bank of America
c/o Servicing Agent and/or Managing Agent
P.O. Box 515503
Los Angeles, CA 90051

Bank of America
PO Box 260599
Plano, TX 75026-0599

Bank of America
P.O. Box 9048
Temecula, CA 92589-9045

Bank of America
P.O. Box 5170, MS SV314B
Simi Valley, CA 93065