1  EDDIE R. JIMENEZ (CA SBN 231239)
   ALEXIS M. BORNHOFT (CA SBN 270200)
2  GABRIEL OZEL (CA SBN 269098)
   PITE DUNCAN LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

**The following constitutes
the order of the court. Signed March 14, 2011**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for WELLS FARGO BANK, NA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>VICTOR EUGENE SMITH AND INA LYNNE DAVIS SMITH,<br><br><br><br><br><br><br><br>          Debtor(s). | Case No. 10-48816-LJT<br><br>Chapter 13<br><br>R.S. No. AMB-230<br><br>ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:    February 23, 2011<br>TIME:    1:30 PM<br>CTRM:    201<br><br>Northern District of California<br>Oakland Division Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94604-1426 |

The above-captioned matter came on for hearing on February 23, 2011, at 1:30 PM, in courtroom 201 of the Oakland Bankruptcy Court, upon the Motion of Wells Fargo Bank, NA ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Victor Eugene Smith and Ina Lynne Davis Smith ("Debtors") commonly known as 1022 View Drive, Richmond, California 94803 (the "Real Property"), which is legally described as follows:

        SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED
        AS EXHIBIT B TO MOTION FOR RELIEF FROM STAY,
        DOCKET ENTRY NUMBER 32.

- 1 -

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1.  Debtors shall tender regular monthly payments in the amount of $2,347.16 to Movant, which amount is subject to change, pursuant to the terms of the subject Note (the "Note"), commencing March 1, 2011, and continuing until all such outstanding amounts under the Note are to be paid in full. Payments are to be remitted to:

> Wells Fargo Home Mortgage, Inc.
> 1 Home Campus
> MAC# x2302-04c
> Des Moines, IA 50328

2.  In the event the Debtors fails to make a monthly payment as described in paragraph one (1), Movant shall provide written notice to Debtors Victor Eugene Smith and Ina Lynne Davis Smith, at 1022 View Drive, Richmond, California 94803, and to Debtors' attorney of record, Corrine Bielejeski, at 1 Kaiser Plaza #480, Oakland, CA 94612, indicating the nature of the default. If Debtors fail to cure the default with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, then Movant may file an Ex Parte Declaration of Non-Cure and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

3.  Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

4. In the event that the parties agree to a Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, the parties will be governed by the terms of the agreement and the terms and conditions of this order shall cease to be binding.

5. In the event the Debtors' loan modification application is denied by Movant, the parties may either agree to an Adequate Protection Order, or restore the Motion for Relief from Automatic Stay to the Court's calendar on fifteen (15) days' written notice.

6. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law.

APPROVED AS TO FORM:

DATED: March 10, 2011         /s/Corrine Bielejeski
                              ATTORNEYS FOR DEBTORS
                              CORRINE BIELEJESKI

** END OF ORDER **

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **ATTORNEY FOR MOVANT** |
| 3 | Pite Duncan, LLP |
|   | 4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933 |
|   | San Diego, CA 92177-0933 |
| 5 | |
|   | **DEBTOR(S)** |
| 6 | |
|   | Victor Eugene Smith |
| 7 | 1022 View Drive |
|   | Richmond, CA 94803 |
| 8 | |
|   | Ina Lynne Davis Smith |
| 9 | 1022 View Drive |
|   | Richmond, CA 94803 |
| 10 | |
|   | **DEBTOR(S) ATTORNEY** |
| 11 | |
|   | Corrine Bielejeski |
| 12 | Law Offices of Patrick L. Forte |
|   | 1 Kaiser Plaza #480 |
| 13 | Oakland, CA 94612 |
| 14 | **CHAPTER 13 TRUSTEE** |
| 15 | Martha G. Bronitsky |
|   | P.O. Box 5004 |
| 16 | Hayward, CA 94540-5004 |
| 17 | **OTHER LIENHOLDER(S)** |
| 18 | Bank of America |
|   | c/o Servicing Agent and/or Managing Agent |
| 19 | P.O. Box 515503 |
|   | Los Angeles, CA 90051 |
| 20 | |
|   | Bank of America |
| 21 | PO Box 260599 |
|   | Plano, TX 75026-0599 |
| 22 | |
|   | Bank of America |
| 23 | P.O. Box 9048 |
|   | Temecula, CA 92589-9045 |
| 24 | |
|   | Bank of America |
| 25 | P.O. Box 5170, MS SV314B |
|   | Simi Valley, CA 93065 |
| 26 | |
| 27 | |

- 4 -